Case 1:20-cr-00097-JRS-TAB   Document 1526   Filed 02/01/24   Page 1 of 1 PageID #: 12136

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Darius Anthony Garcia a/k/a Roger ) | Case No: 1:20CR00097-013 |
| ) | USM No: 17529-028 |
| Date of Original Judgment: 03/04/2021 ) | |
| Date of Previous Amended Judgment: ) | Jacob Leon |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __60 months__ months **is reduced to** __Time Served__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/04/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/1/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

Honorable James R. Sweeney, II, U.S. District Court Judge
*Printed name and title*